THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SUSAN CASSERD,

           Plaintiff,

    v.

NANCY A. BERRYHILL, in her capacity as Acting Commissioner of the Social Security Administration[1],

           Defendant.

Case No. C14-00451-RAJ

ORDER

THIS MATTER comes before the Court on Plaintiff's Motion to Seal. Dkt. # 23. Defendant did not respond to Plaintiff's Motion. Pursuant to Local Rule 5(g), the party who designates a document confidential must provide a "specific statement of the applicable legal standard and the reasons for keeping a document under seal, including an explanation of: (i) the legitimate private or public interest that warrant the relief sought; (ii) the injury that will result if the relief sought is not granted; and (iii) why a less restrictive alternative to the relief sought is not sufficient." W.D. Wash. Local Rules LCR 5(g). The party seeking to seal a judicial record must show that "compelling reasons supported by specific factual findings . . . outweigh the general history of access

---

[1] Nancy A. Berryhill is now the Acting Commissioner of the Social Security Administration. Pursuant to Federal Rule of Civil Procedure 25(d), Nancy A. Berryhill is substituted for Carolyn W. Colvin as defendant in this suit.

and the public policies favoring disclosure." *Kamakana v. City of Honolulu*, 447 F.3d 1172, 1178-78 (9th Cir. 2006).

Plaintiff, filing her motion *pro se*, requests that the Court seal the judgment entered in this case on December 17, 2014 (Dkt. # 17). Plaintiff also notes that the document is widely available on the internet and can be accessed through the Google search engine. Dkt. # 23. While Plaintiff provides compelling reasons for wanting to keep the information at issue sealed, Plaintiff does not provide a specific statement of the applicable legal standard or reasons why a less restrictive alternative to the relief sought is not sufficient. Plaintiff also fails to articulate an injury that would result if the Court does not grant her Motion. Plaintiff filed this Motion two years after the judgment was issued, it was disseminated during that time period, and has been available to the public for quite some time. Having considered the relevant documents and legal standard, the Court **DENIES** Plaintiff's motion. Dkt. # 23.

SO ORDERED this 6th day of December, 2018.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge